UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MONTAGNINO and
SUSAN MONTAGNINO,

Plaintiffs,                                       Case No.: 8-19-cv-00096-SDM-AEP

v.

SRA ASSOCIATES, LLC,

Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Ceteris Portfolio Services, LLC, d/b/a SRA Associates (SRA), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 13, 2019

                                          Respectfully submitted,

                                          */s/ Michael P. Schuette*
                                          Michael P. Schuette, Esq.
                                          Florida Bar No. 0106181
                                          Dayle M. Van Hoose, Esq.
                                          Florida Bar No. 0016277
                                          SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                          3350 Buschwood Park Drive, Suite 195
                                          Tampa, Florida 33618
                                          Telephone: (813) 890-2460
                                          Facsimile: (877) 334-0661
                                          mschuette@sessions.legal

        dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Ceteris Portfolio Services, LLC,*
*d/b/a SRA Associates*

## **CERTIFICATE OF SERVICE**

I certify that on this 13th day of March 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Jason R. Derry, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
jderry@forthepeople.com
jkneeland@forthepeople.com

        */s/ Michael P. Schuette*
        Attorney