UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MONTAGNINO and SUSAN MONTAGNINO,

    Plaintiffs,

-vs-                                    CASE NO.: 8:19-CV-00096-SDM-AEP

SRA ASSOCIATES, LLC,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiffs, John Montagnino and Susan Montagnino, and Ceteris Portfolio Services, LLC d/b/a SRA Associates, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs against the Defendant in the above styled action, with Plaintiffs and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 8th day of May, 2019.

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
Florida Bar No.: 0036970
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 257-0577
jderry@ForThePeople.com
jkneeland@ForThePeople.com
lstokes@ForThePeople.com
*Attorney for Plaintiffs*

*/s/ Michael P. Schuette, Esquire*
Michael P. Schuette, Esquire
Florida Bar No.:  0106181
Sessions, Fishman, Nathan & Israel, L.L.P.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2463
Facsimile: (866) 466-3140
mschuette@sessions.legal
*Attorney for Ceteris Portfolio Services, LLC d/b/a SRA Associates*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Michael Schuette, Esq., and Dayle M. Van Hoose, Esq., Sessions, Fishman, Nathan & Israel, L.L.P., 3350 Buschwood Park Drive, Suite 195, Tampa, FL  33618 (mschuette@sessions.legal and dvanhoose@sessions.legal).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
*Attorney for Plaintiffs*