UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MONTAGNINO and
SUSAN MONTAGNINO,

    Plaintiffs,

v.                                            CASE NO. 8:19-cv-96-T-23AEP

SRA ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 16), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on May 10, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE